Date signed May 02, 2006



PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | |
|---|---|
| IN RE: : | |
| : | |
| ROBERT W. MALO : | Case No. 06-10754PM |
| JUDITH M. MALO : | Chapter 13 |
| : | |
| Debtors : | |

**MEMORANDUM OF DECISION**

    This case came before the court for a hearing on confirmation of Debtors' Plan and on the Trustee's objection to Debtors' claim of exemptions on April 25, 2006. The court ruled, based upon the Trustee's recommendation, that the Chapter 13 Plan filed by Debtors on February 14, 2006, will be confirmed. This ruling is based upon the court's finding that unsecured creditors receive no worse treatment under the Plan than they would under Chapter 7. This is the "best interests of creditors" test of § 1325(a)(4) of the Bankruptcy Code. *Pennsylvania Department of Public Welfare v. Davenport*, 495 U.S.552, 561 (1990).

    For this reason, the Trustee's objection does not present a true case or controversy, and the court will defer ruling upon the issue pending consummation of Debtors' Chapter 13 Plan. In the event that the case is converted to a case under another chapter of the Bankruptcy Code, the issues raised by the Trustee's objection are preserved so that they may be raised by a party in interest. An appropriate order will be entered.

cc:
Timothy P. Branigan, Esquire, P.O. Box 1902, Laurel MD 20725-1902
Laura J. Margulies, Esq., 6205 Executive Blvd., Rockville, MD 20852
Robert/Judith Malo, 405 Reading Avenue, Rockville, MD 20850

**End of Memorandum**